UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| IBEW 76 HEALTH & WELFARE TRUST OF SOUTHWEST WASHINGTON, IBEW 76 ANNUITY PLAN, JOINT APPRENTICESHIP TRAINING COMMITTEE, IBEW PACIFIC COAST PENSION FUND AND NATIONAL ELECTRICAL BENEFIT FUND, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNIONS LOCAL NO. 76,<br><br>　　　　　　　　　Plaintiffs,<br>vs.<br><br>ADVANCED SYSTEMS INTEGRATIONS, INC., a Washington corporation,<br><br>　　　　　　　　　Defendant. | **CAUSE NO.**: C09-05008 JRC<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF SUPPLEMENTARY PROCEEDINGS |

TO: CLERK OF THE COURT

**NOTICE IS HEREBY GIVEN** that Plaintiffs IBEW 76 Health & Welfare Trust of Southwest Washington, IBEW 76 Annuity Plan, Joint Apprenticeship Training Committee, IBEW Pacific Coast Pension Fund and National Electrical Benefit Fund, International Brotherhood of Electrical Workers Unions Local No. 76 voluntarily dismiss the above-entitled supplemental action against Defendant Advanced Systems Integrations, Inc., a Washington corporation.

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL PROCEEDINGS - CASE NO. MS09-05008 JRC
PAGE 1 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

## ORDER

**IT IS HEREBY ORDERED** that the above-entitled action against Defendant Advanced Systems Integrations, Inc., a Washington corporation, shall be and hereby is dismissed.

DATED this 21st day of July, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

Presented by:

s/David L. Tuttle
WSBA #38728
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: d.tuttle@ekmanbohrer.com
Attorney for Plaintiffs

S:\Collections\IBEW76-3376\Pleadings\2009\Advanced Systems Int 3376 USDC Exam Dismissal Order.doc

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL PROCEEDINGS - CASE NO. MS09-05008 JRC
PAGE 2 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587